United States District Court
for the District of New Jersey

_____

**HIGH POINT SARL**

    Plaintiff  :  Civil No. 12-1453

    vs.

      Order of Reallocation and Reassignment

**T-MOBILE USA, INC.**

    Defendant
_____

It is on this 15th day of April 2014,

O R D E R E D that the entitled action is reallocated from Newark to Trenton and reassigned from Judge Dennis Cavanaugh to Judge Mary Cooper.

        s/Jerome B. Simandle
        Jerome B. Simandle, Chief Judge
        United States District Court